AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

SPERIAN WELDING PROTECTION AG
Plaintiff
v.
SELLSTROM MANUFACTURING COMPANY
Defendant

CA Civil Action No. 08 308S

**Summons in a Civil Action**

To: *(Defendant's name and address)*

David Peters, President
Sellstrom Manufacturing Co.
1 Sellstrom Drive
Palatine, Illinois 60067

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William R. Grimm, Esq., Mitchell R. Edwards, Esq., Hinckley, Allen & Snyder LLP, 50 Kennedy Plaza, Suite1500, Providence, RI 02903.

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 08/14/2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

CA083085

# Affidavit of Process Server

Sperian Welding vs Sellstrom Manufacturing
PLAINTIFF/PETITIONER DEFENDANT/RESPONDENT CASE #

Being duly sworn, on my oath, I MICHAEL JENSON,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served Sellstrom Manufacturing Co.
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ ____ witness fee and mileage
☒ Summons, Civil Cover Sheet & Complaint

by serving (NAME) LAWRENCE SCHMIDT

at ☐ Home ____

☒ Business 1 SELLSTROM DR PALATINE

☒ on (DATE) 8·15·08 at (TIME) 1:15pm

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) ____

from (CITY) ____ (STATE) ____.

**Manner of Service:**

☐ By Personal Service.

☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely LAWRENCE SCHMIDT, V.P. - FINANCE

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely ____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Evading ☐ Other: ____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ____ DATE TIME, ( ) ____ DATE TIME,

( ) ____ DATE TIME, ( ) ____ DATE TIME, ( ) ____ DATE TIME

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☒ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☒ Gray Hair | ☐ Mustache | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☒ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: ____

State of Illinois County of Cook

[signature]
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this 19 day of August, 2008

[signature]
NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.