IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SPERIAN WELDING PROTECTION AG<br><br>Plaintiff,<br><br>v.<br><br>SELLSTROM MANUFACTURING COMPANY<br><br>Defendant. | Case No. CA 08-308S |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT SELLSTROM MANUFACTURING COMPANY TO ANSWER OR OTHERWISE PLEAD**

Upon agreement between the parties pursuant to settlement discussions between them, Plaintiff Sperian Welding Protection AG ("Sperian") submits this unopposed motion, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a 30-day extension of time for Defendant Sellstrom Manufacturing Company ("Sellstrom") to answer Plaintiff Sperian's complaint, or otherwise plead in the above-captioned action. Sellstrom's answer or responsive pleading is currently due on September 4, 2008, and under this requested extension it would be due on October 4, 2008.

There is good cause for the requested extension, because it would provide the parties with an opportunity to continue their settlement discussions, and to exchange and consider information pertinent to settlement.

For the reasons stated herein, Sperian respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

SPERIAN WELDING PROTECTION AG

Dated: September 2, 2008

/s/ Mitchell R. Edwards, Esq.

William R. Grimm, Esq. (#1938)
Mitchell R. Edwards, Esq. (#6942)
Hinckley Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, Rhode Island 02903-2319
Telephone: (401) 274-2000
Facsimile: (401) 277-9600

Of Counsel:

William P. Berridge
John W. O'Meara
OLIFF & BERRIDGE, PLC
277 South Washington Street
Suite 500
Alexandria, Virginia 22314
Telephone: (703) 836-6400
Facsimile: (703) 836-2787

Attorneys for Plaintiff Sperian Welding Protection AG

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT SELLSTROM MANUFACTURING COMPANY TO ANSWER OR OTHERWISE PLEAD** was served on the 2nd day of September, 2008 on the following by first class mail:

Robert S. Rigg
William J. Voller III
VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 North Lasalle Street
Suite 240
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

Attorneys for Defendant Sellstrom Manufacturing Company

/s/ Mitchell R. Edwards, Esq.

**#921175v2**